**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| JAMIE HILL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-50286 |
| | ) | |
| v. | ) | Hon. Iain D. Johnston |
| | ) | |
| MERCY HEALTH CORPORATION, et al., | ) | Magistrate Judge Lisa A. Jensen |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF REVISED CLASS ACTION SETTLEMENT AGREEMENT
AND PROPOSED PRELIMINARY APPROVAL ORDER**

Pursuant to the Court's November 24, 2021 Order in the above-captioned action (ECF No. 69), the Parties hereby submit a revised Class Action Settlement Agreement ("Settlement Agreement") as **Exhibit A** and a revised proposed Preliminary Approval Order as **Exhibit B**. For the Court's convenience, the Parties are also submitting redlines showing the changes made to the prior version of the Settlement Agreement (*see* **Exhibit C**), and the Proposed Preliminary Approval Order (*see* **Exhibit D**).

The Settlement Agreement and the Proposed Preliminary Approval Order, as amended, do not seek preliminary injunctive relief, and are intended to fully address the issues identified by the Court in its November 24 Order.

Accordingly, the Parties respectfully request that the Court preliminarily approve the revised Settlement Agreement attached as Exhibit A hereto, which supersedes the prior version submitted on November 5, 2021 (ECF No. 66-2), and enter the accompanying Proposed Preliminary Approval Order attached as Exhibit B hereto (revised Settlement Agreement Exhibit 4).

1

| | |
|---|---|
| Dated: December 8, 2021 | Respectfully submitted, |
| s/Kai Richter<br>Paul J. Lukas, MN Bar No. 22084X*<br>* admitted in N.D. Ill.<br>Kai Richter, MN Bar No. 0296545**<br>Brock J. Specht, MN Bar No. 0388343**<br>Patricia C. Dana, MN Bar No. 0400803**<br>** admitted pro hac vice<br>4700 IDS Center<br>80 S 8th Street<br>Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 338-4878<br>lukas@nka.com<br>krichter@nka.com<br>bspecht@nka.com<br>pdana@nka.com | s/Abbey M. Glenn<br>Deborah S. Davidson<br>Thomas H. Severson<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 W. Wacker Dr., Fifth Floor<br>Chicago, IL 60601<br>Tel: (312) 324-1000<br>Fax: (312) 324-1001<br>deborah.davidson@morganlewis.com<br>thomas.severson@morganlewis.com<br><br>Jeremy P. Blumenfeld<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>jeremy.blumenfeld@morganlewis.com |
| THE PRINZ LAW FIRM, P.C.<br>Kristen Prinz, IL Bar No. 6291900<br>1 East Upper Wacker Drive<br>Suite 2500<br>Chicago, IL 60601<br>Telephone: (312) 212-4450<br>Facsimile: (312) 284-4822<br>kprinz@prinz-lawfirm.com | Abbey M. Glenn (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202) 739-3000<br>Fax: (202) 730-30001<br>abbey.glenn@morganlewis.com |
| WALCHESKE & LUZI, LLC<br>James A. Walcheske, WI Bar No. 1065635*<br>* admitted in N.D. Ill.<br>Paul M. Secunda, WI Bar No. 1074127**<br>** admitted pro hac vice<br>15850 W. Bluemound Rd., Suite 304<br>Brookfield, WI 53005<br>Telephone: (262) 780-1953<br>Facsimile: (262) 565-6469<br>jwalcheske@walcheskeluzi.com<br>psecunda@walcheskeluzi.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2021, a copy of the foregoing document filed was electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/Kai Richter
Kai Richter
