# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jamie Hill, Kathryn Neild, and Tricia Marvin, as representatives of a class of similarly situated persons, and on behalf of the Mercy Health Corporation Employees' Retirement Plan, the Rockford Health System Retirement Plan, and the Rockford Health Physicians Retirement Plan,<br><br>Plaintiffs,<br>v.<br><br>Mercy Health Corporation, Mercy Health System Corporation, and Does 1-20,<br><br>Defendants. | Case No. 20-cv-50286<br><br><br>**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND CLASS REPRESENTATIVE SERVICE AWARDS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on May 2, 2022 at 10:00 a.m., before the Honorable Iain D. Johnston, United States District Judge, in Courtroom 5200, Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois, Plaintiffs Jamie Hill, Kathryn Neild and Tricia Marvin ("Plaintiffs") will and hereby do move this Court for an Order awarding: (1) attorneys' fees to Class Counsel in the amount of $1,300,000 (one-third of the $3.9 million Gross Settlement Amount); (2) reimbursement of $40,285.52 in litigation costs and $64,176 in settlement administration expenses; and (3) class representative service awards in the amount of $5,000 to each of the named Plaintiffs ($15,000 total).

This motion is made pursuant to Federal Rule of Civil Procedure 23(h) and Article 8 of the Parties' Class Action Settlement Agreement (*Dkt. 70-1*), and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Brock J. Specht and Paul

1

Secunda, the previously filed declarations of the Class Representatives (*Dkt. Nos. 66-6, 66-8, 66-10*), the Settlement Agreement, and all files, records, and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion and have been advised that Defendants do not oppose the motion. As of the filing of this motion, there also have been no objections to the proposed attorneys' fees and costs, administrative expenses, or Class Representative service awards.

| | |
|---|---|
| Dated: March 4, 2022 | **NICHOLS KASTER, PLLP** |
| | s/Brock J. Specht |
| | Paul J. Lukas, MN Bar No. 22084X* |
| |     * *admitted in N.D. Ill.* |
| | Kai Richter, MN Bar No. 0296545** |
| | Brock J. Specht, MN Bar No. 0388343** |
| | Patricia C. Dana, MN Bar No. 0400803** |
| |     ** *admitted pro hac vice* |
| | 4700 IDS Center |
| | 80 S 8th Street |
| | Minneapolis, MN 55402 |
| | Telephone: (612) 256-3200 |
| | Facsimile: (612) 338-4878 |
| | lukas@nka.com |
| | krichter@nka.com |
| | bspecht@nka.com |
| | pdana@nka.com |
| | |
| | **THE PRINZ LAW FIRM, P.C.** |
| | Kristen Prinz, IL Bar No. 6291900 |
| | 1 East Upper Wacker Drive |
| | Suite 2500 |
| | Chicago, IL 60601 |
| | Telephone: (312) 212-4450 |
| | Facsimile: (312) 284-4822 |
| | kprinz@prinz-lawfirm.com |
| | |
| | **WALCHESKE & LUZI, LLC** |
| | James A. Walcheske, WI Bar No. 1065635* |
| |     * *admitted in N.D. Ill.* |
| | Paul M. Secunda, WI Bar No. 1074127** |
| |     ** *admitted pro hac vice* |
| | 15850 W. Bluemound Rd., Suite 304 |

        Brookfield, WI 53005
        Telephone: (262) 780-1953
        Facsimile: (262) 565-6469
        jwalcheske@walcheskeluzi.com
        psecunda@walcheskeluzi.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: March 4, 2022        s/Brock J. Specht
        Brock J. Specht