# EXHIBIT 1

*Hill, et al. v. Mercy Health Corporation, et al.*
Court File No: 3:20-cv-50286
(April 1, 2020 – February 28, 2022)

Lodestar by Nichols Kaster, PLLP Time Keeper:

**Partners:**

| Name | Years of Experience | Billing Rate Per Hour | Hours | Charges |
|---|---|---|---|---|
| Paul Lukas | 31 | $925 | 10.8 | $9,990.00 |
| Kai Richter | 23 | $825 | 80.9 | $66,742.50 |
| Brock Specht | 15 | $700 | 49.7 | $34,790.00 |
| Brandon McDonough | 10 | $650 | 99.3 | $64,545.00 |

**Associate Attorneys:**

| Name | Years of Experience | Billing Rate Per Hour | Hours | Charges |
|---|---|---|---|---|
| Jacob Schutz | 9 | $575 | 0.4 | $230.00 |
| Chloe Raimey | 6 | $500 | 9.0 | $4,500.00 |
| Patricia Dana | 3 | $450 | 376.2 | $169,290.00 |

**Law Clerks/Paralegals/Support Staff:**

| Name | | Billing Rate Per Hour | Hours | Charges |
|---|---|---|---|---|
| Karla Pathmann | | $250 | 45.5 | $11,375.00 |
| Heather O'Neil | | $250 | 0.5 | $125.00 |
| Angi Kittelson | | $250 | 0.5 | $125.00 |
| Cameron Pylka | | $250 | 4.4 | $1,100.00 |
| Steve Eiden | | $250 | 13.1 | $3,275.00 |
| Jennifer Schiefert | | $250 | 3.0 | $750.00 |

Nichols Kaster, PLLP Total Hours (Attorneys and Support Staff): 693.3

The Prinz Law Firm Total Hours (Attorneys and Support Staff): 3.9

Walcheske & Luzi, LLC: 51.5

**GRAND TOTAL HOURS (ALL COUNSEL):** **748.7**

Nichols Kaster, PLLP Lodestar Total (Attorneys and Support Staff): $366,837.50

The Prinz Law Firm Lodestar Total (Attorneys and Support Staff): $1,213.50

1

| | |
|---|---|
| Walcheske & Luzi, LLC (Attorneys and Support Staff): | $22,745.00 |
| **GRAND TOTAL LODESTAR (ALL COUNSEL):** | **$390,796.00** |