**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Jamie Hill, Kathryn Neild, and Tricia Marvin, as representatives of a class of similarly situated persons, and on behalf of the Mercy Health Corporation Employees' Retirement Plan, the Rockford Health System Retirement Plan, and the Rockford Health Physicians Retirement Plan,<br><br>      Plaintiffs,<br>v.<br><br>Mercy Health Corporation, Mercy Health System Corporation, and Does 1-20,<br><br>      Defendants. | Case No. 20-cv-50286<br><br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

  PLEASE TAKE NOTICE that on May 2, 2022 at 10:00 a.m., before the Honorable Iain D. Johnston, United States District Judge, in Courtroom 5200, Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois, Plaintiffs Jamie Hill, Kathryn Neild and Tricia Marvin ("Plaintiffs") will and hereby do move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (*Dkt. 70-1*).

  This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Article 4 of the Parties' Class Action Settlement Agreement, and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Brock J. Specht and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representatives (*Dkt. Nos. 66-6, 66-8, 66-10*), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion.

Defendants do not oppose the motion as parties to the Settlement.

Dated: April 18, 2022  **NICHOLS KASTER, PLLP**

<u>s/Brock J. Specht</u>
Paul J. Lukas, MN Bar No. 22084X*
 * *admitted in N.D. Ill.*
Brock J. Specht, MN Bar No. 0388343**
Patricia C. Dana, MN Bar No. 0400803**
 ** *admitted pro hac vice*
4700 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
lukas@nka.com
bspecht@nka.com
pdana@nka.com

**THE PRINZ LAW FIRM, P.C.**
Kristen Prinz, IL Bar No. 6291900
1 East Upper Wacker Drive
Suite 2500
Chicago, IL 60601
Telephone: (312) 212-4450
Facsimile: (312) 284-4822
kprinz@prinz-lawfirm.com

**WALCHESKE & LUZI, LLC**
James A. Walcheske, WI Bar No. 1065635*
 * *admitted in N.D. Ill.*
Paul M. Secunda, WI Bar No. 1074127**
 ** *admitted pro hac vice*
15850 W. Bluemound Rd., Suite 304
Brookfield, WI 53005
Telephone: (262) 780-1953
Facsimile: (262) 565-6469
jwalcheske@walcheskeluzi.com
psecunda@walcheskeluzi.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2022, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: April 18, 2022                      s/Brock J. Specht
                                                            Brock J. Specht