IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jamie Hill, Kathryn Neild, and Tricia Marvin, as representatives of a class of similarly situated persons, and on behalf of the Mercy Health Corporation Employees' Retirement Plan, the Rockford Health System Retirement Plan, and the Rockford Health Physicians Retirement Plan,<br><br>       Plaintiffs,<br>v.<br><br>Mercy Health Corporation, Mercy Health System Corporation, and Does 1-20,<br><br>       Defendants. | Case No. 20-cv-50286<br><br><br>**ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, ADMINISTRATIVE EXPENSES, AND SERVICE AWARDS** |

   This matter came before the Court on a Fairness Hearing on May 6, 2022. During the Fairness Hearing, the Court considered, among other things, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs, Administrative Expenses, and Class Representative Service Awards. This motion is unopposed by Defendants.

   Having considered the motion papers, the proposed Settlement Agreement that the Court preliminarily approved on December 10, 2021 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this action, and otherwise being fully informed as to the relevant facts and applicable law,

   **It is hereby ORDERED as follows:**

   1.  Class Counsel's request for an award of $1,300,000 in attorneys' fees (one-third of the Gross Settlement Amount) is approved. The Court has carefully considered the relevant Seventh Circuit factors, and finds the requested amount of fees to be reasonable and appropriate.

1

2. Class Counsel's request for litigation expenses in the amount of $39,548.00 and settlement administration expenses in the amount of $64,176.00 is approved. The Court has reviewed these expenses and also finds that they are reasonable and appropriate.

3. Plaintiffs' request for class representative service awards in the amount of $5,000.00 each ($15,000 total) to Plaintiffs Jamie Hill, Kathryn Neild and Tricia Marvin is approved. The Court finds that these awards are justified on the facts of this case, where the Plaintiffs achieved a significant benefit for the class and undertook significant reputational and financial risks in bringing the action, and are also consistent with applicable law.

**IT IS SO ORDERED.**

Dated: May 6, 2022

Hon. Iain D. Johnston
United States District Judge